Civil Action No. 5:25-cv-00827-FL

SHAKIYA NICOLE WILLIAMS,

      Plaintiff,

  v.

RPM LIVING, LLC and WRH REALTY
SERVICES, INC.,

      Defendants.

**DEFENDANT RPM LIVING, LLC'S MOTION TO DISMISS FOR FAILURE
TO TIMELY EFFECT SERVICE OF PROCESS, OR IN THE ALTERNATIVE,
MOTION FOR ORDER TO SHOW CAUSE**

Defendant RPM Living, LLC, without waiving or conceding service, personal jurisdiction, insufficiency of process, insufficiency of service of process, or any other defense available under Federal Rule of Civil Procedure 12, moves pursuant to Rules 4(m), 12(b)(5), and 12(b)(2) to dismiss Plaintiff's claims for failure to timely and properly effect service of process.

In the alternative, RPM requests that the Court enter an order requiring Plaintiff to show cause why this action should not be dismissed and confirming that Plaintiff's post-removal state-court filings do not trigger any response obligation in this federal action.

As grounds for this Motion, RPM states that Plaintiff has not filed proof of service on RPM, has not shown good cause after receiving the Clerk's March 4, 2026 Notice of Failure to Make Service under Rule 4(m) (DE 9), and has not cured the service deficiency through the March 11, 2026 filing docketed at DE 11, which concerns WRH Realty Services, Inc.[1] only and does not establish service on RPM.

---

[1] Per the corporate filings with the North Carolina Secretary of State, the entity is WRH Realty Services, *LLC*, not Inc. as reflected in Plaintiff's filings with this Court.

1

Plaintiff also has continued filing documents in Wake County Superior Court after removal, including a purported First Amended Complaint and alias and pluries summons directed to a new entity. Those post-removal state-court filings do not cure Plaintiff's failure to serve RPM and do not trigger any response obligation in this federal action.

RPM relies on the accompanying memorandum in support and the record in this action.

WHEREFORE, RPM respectfully requests that the Court dismiss Plaintiff's Complaint pursuant to Rules 4(m) and 12(b)(5), or, in the alternative, enter an order requiring Plaintiff to show cause why the Complaint should not be dismissed for failure to effect service of process and confirming that Plaintiff's post-removal state-court filings do not trigger any response obligation. RPM further requests all other relief the Court deems just and proper.

Respectfully submitted this 26th day of June, 2026.

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Christi R. Hunoval
   Christi Hunoval, Bar No. 37194
   chunoval@grsm.com
   One South
   101 S. Tryon St., Suite 2550
   Charlotte, NC 28280
   Telephone:   (704) 625-8000
   Facsimile:   (980) 939-6450

Attorneys for Defendant RPM Living, LLC

## CERTIFICATE OF SERVICE

I certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that a copy of the foregoing was served by United States Mail, postage prepaid, addressed as follows:

Shakiya Nicole Williams
2532 Maybrook Crossing Drive
Raleigh, NC 27610

This 26th day of June, 2026.

/s/ Christi Hunoval
Christi Hunoval